Theresa ADAMS, Petitioner

v.

David A. VAUGHN, M.D., and Surgical Specialists of Lancaster, Respondents

No. 306 MAL 2017

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.